

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2014

No. 04-14-00730-CV

**IN RE** Gilbert L. **MATHEWS** and Lucifer Lighting Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On October 20, 2014, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than November 10, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 27th, 2014.         PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court



---

[1] This proceeding arises out of Cause No. 2014-CI-13779, styled *In re Petition of: Stephen Lang Requesting Deposition of Gilbert L. Mathews*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.